MAY 7, 1973

No. 72–1003.  MERTES *v.* MERTES ET AL.   Affirmed on appeal from D. C. Del.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–1334.  FINCHER *v.* SCOTT ET AL.   Affirmed on appeal from D. C. M. D. N. C.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–1238.  BEENE ET AL. *v.* LOUISIANA.   Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 72–6149.  HOUSE *v.* ST. AGNES HOSPITAL, INC., ET AL.   Appeal from C. A. 4th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6260.  WITZKOWSKI *v.* ILLINOIS.   Appeal from Sup. Ct. Ill. dismissed for want of final judgment.

No. 72–6271.  RUDERER *v.* VANCE ET AL.   Appeal from D. C. D. C. dismissed for want of jurisdiction.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 71–1562.  CHOUNG *v.* LOWE, SHERIFF.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hensley* v. *Municipal Court, San Jose-Milpitas Judicial District,* ante, p. 345.